DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JIANGNING REN,**
Appellant,

v.

**BMW BANK OF NORTH AMERICA,**
Appellee.

No. 4D20-2553

[July 29, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 50-2018-CA-010633-XXXX-MB.

Jiangning Ren, Boynton Beach, pro se.

Amy E. Stoll of Older Lundy & Alvarez, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***